

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/22/2019

| | | |
|---|---|---|
| IN RE: | § | |
| STEPHEN  MANLEY; dba CAPITAL | § | CASE NO: 19-33976 |
| ADVENTURES TRUCKING | § | |
|     Debtor(s) | § | |
| | § | CHAPTER  7 |
| | § | |
| STEPHEN  MANLEY | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 19-3577 |
| | § | |
| TRELLIS COMPANY, *et al* | § | |
|     Defendant(s) | § | |

## PRELIMINARY PRETRIAL ORDER

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the Court no less than 24 hours prior to the pretrial conference set on **September 18, 2019 at 11:30 a.m. at Courtroom 403, 515 Rusk St., Houston, Texas** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**
1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of causes of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**
1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** – In addition, the joint document is to include the following:
1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS**

**TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**
You have the right to object to the final adjudication by this Court of any non-core matters or matters that fall within the scope of *Stern v. Marshall*, 564 U.S. 2 (2011).  Any such objection to this Court's entry of final orders in this case must be filed with the Court no later than one day before the date set for the pretrial conference.

     SIGNED: 07/22/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Manley,
      Plaintiff                                    Adv. Proc. No. 19-03577-jpn

Trellis Company,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0541-4        User: mrios          Page 1 of 1         Date Rcvd: Jul 22, 2019
                         Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
pla          +Stephen Manley,   6402 Heatherbrook,   Houston, TX 77085-3002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Ascendium
dft          Great Lakes Higher Education Corporation and Affil
dft          Navient
dft          Sallie Mae
dft          Strada Education Network
dft          Texas Guaranteed Student Loan Corporation
dft          Trellis Company
dft          United Department of Education
dft          United Student Aid Funds
                                               TOTALS: 9, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
NONE.                                                            TOTAL: 0