IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: STEPHEN MANLEY d/b/a § <br> CAPITAL ADVENTURES TRUCKING § <br> Debtor § <br> § <br> STEPHEN MANLEY, § <br> Plaintiff § <br> § <br> v. § <br> § <br> TEXAS GUARANTEED STUDENT § <br> LOAN CORPORATION d/b/a § <br> TRELLIS COMPANY, *et al* § <br> Defendants § | | Case No. 19-33976 <br><br><br><br><br><br> Chapter 7 <br><br><br><br><br> Adv. No. 19-3577 |

### DEFENDANT TEXAS GUARANTEED STUDENT LOAN CORPORATION d/b/a TRELLIS COMPANY'S BANKRUPTCY RULE 7007.1 DISCLOSURE STATEMENT

COMES NOW Texas Guaranteed Student Loan Corporation d/b/a Trellis Company ("TGSLC") and hereby makes the following Disclosure Statement:

Texas Guaranteed Student Loan Corporation d/b/a Trellis Compnay is a non-profit Texas corporation and is not the subsidiary of any other corporation and has no stock held by another corporation.

Respectfully submitted,

RAY & WOOD

By: _____
    Doug W. Ray
    State Bar No. 16599200

2700 Bee Caves Road, Suite 200
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
*ATTORNEY FOR DEFENDANT*
*TEXAS GUARANTEED STUDENT*
*LOAN CORPORATION d/b/a*
*TRELLIS COMPANY*

## CERTIFICATE OF SERVICE

On October 3, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that the clerk has served the following electronically or I have served the following by first class mail:

    Stephen Manley
    6402 Heather Brook
    Houston, Texas 77085
    **PLAINTIFF**

_____
Doug W. Ray